No. 744. JOHN L. McLEAN, AS TRUSTEE, ETC. *v.* COMMONWEALTH OF AUSTRALIA ET AL. February 18, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Ira Bronson* and *Mr. H. B. Jones* for petitioner. *Mr. Corwin S. Shank* for respondents.

No. 771. JOHN T. SMITH *v.* CHICAGO, MILWAUKEE & ST. PAUL RAILWAY COMPANY. February 18, 1924. Petition for a writ of certiorari to the District Court of Renville County, State of Minnesota, denied. *Mr. Tom Davis, Mr. Ernest A. Michel* and *Mr. Robert M. Haines* for petitioner. *Mr. F. W. Root* and *Mr. O. W. Dynes* for respondent.

No. 776. PIEDMONT COAL COMPANY ET AL. *v.* JAMES EDGAR HUSTEAD ET AL. February 18, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. David A. Reed* for petitioners. *Mr. Charles McCamic* and *Mr. James Morgan Clarke* for respondents.

No. 731. MOUNTAIN STATES POWER COMPANY *v.* A. L. JORDAN LUMBER COMPANY ET AL. February 25, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. B. S. Grosscup, Mr. John H. Roemer* and *Mr. R. M. Campbell* for petitioner. *Mr. C. H. Foot* for respondents.

No. 746. PATRICK J. DONOVAN *v.* CUNARD STEAMSHIP COMPANY, LIMITED. February 25, 1924. Petition for a writ of certiorari to the Supreme Court of the State of New York denied. *Mr. Joseph A. Burdeau* for petitioner. *Mr. Lucius H. Beers* for respondent.